ACCEPTED
04-14-00735-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/19/2015 2:02:46 PM
KEITH HOTTLE
CLERK

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/19/2015 2:02:46 PM

KEITH E. HOTTLE
Clerk

CAUSE NO. 04-14-00735-CV

IN THE COURT OF APPEALS

FOR THE

FOURTH JUDICIAL DISTRICT

SAN ANTONIO, TEXAS

**Brian C. Simcoe, Appellant**

**v.**

**Thomas Christopher and Catrina Christopher, Appellees**

APPEAL FROM THE 45TH JUDICIAL DISTRICT COURT

BEXAR COUNTY, TEXAS

HONORABLE JUDGE BARBARA HANSON NELLERMOE, JUDGE PRESIDING

FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

**James A. Rodriguez**
**Law Office of James A. Rodriguez**
**SBN: 24057667**
540 S. St. Mary's Street
San Antonio, Texas 78205
Phone: (210) 581-3990
Fax: (210) 224-8214
Email: james@rodriguezlaw.us
Attorney for Appellees

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellees, Thomas and Catrina Christopher, file this First Motion to Extend Time to File Appellee's Brief.

Appellee's brief is currently due on March 23, 2015.

Counsel for Appellee requests a two-week extension of time to file its brief, making the brief due on April 6, 2015. This is the first request for extension of time to file the Appellee's brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel for Appellant/Appellee was absent from his office for two weeks in the month of March for medical reasons. As a result of this absence, and as a result of pressing matters in several cases pending in the District Courts of Bexar, Guadalupe, Williamson, and Uvalde Counties, he will not be able to prepare the brief in time to meet the Court's briefing deadline absent an extension.

Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, but opposing counsel has stated that she cannot agree to the filing of an unopposed motion to extend time.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellee requests that this Court grant this First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including April 6, 2015. Appellee prays for all other relief to which it may be entitled.

Respectfully Submitted,

James A. Rodriguez
State Bar No. 24057667
540 S. St. Mary's Street
San Antonio, Texas 78205
Phone: (210) 581-3990
Fax: (210) 224-8214
Email: james@rodriguezlaw.us
Attorney for Appellees
Thomas and Catrina Christopher

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellant regarding this First Motion to Extend Time to File Appellee's Brief prior to filing.

James A. Rodriguez
State Bar No. 24057667
Attorney for Appellees
Thomas and Catrina Christopher

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing *First Motion to Extend Time to File Appellee's Brief* was served on each party or that party's lead counsel in accord with the Texas Rules of Appellate Procedure on March 19, 2015, as follows:


Party:              Brian C. Simcoe
Lead Attorney:      Sarah Anne Lishman
Address of Service: 310 S. St. Mary's St., Suite 845
                    San Antonio, Texas 78205
Method of Service:  Fax to (210) 308-5669,
                    Email to sarahanne.jgrahamlaw@yahoo.com
Date of Service:    March 19, 2015


Party:              Adria Joy Simcoe, *Pro Se*
Address of Service: 115 Osprey Haven
                    San Antonio, Texas 78253
Method of service:  Email to adriasimcoe@yahoo.com, per request
Date of Service:    March 19, 2015

James A. Rodriguez
State Bar No. 24057667
Attorney for Appellees
Thomas and Catrina Christopher